**United States District Court**  **E-FILED: 5/27/2008**
**Central District of California**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA vs.** | | **Docket No.** | **CR 07-246 GHK** |
| **Defendant**  SOUTHWEST PLATING CO., | | **Secretary of State**  7   0   4   6 | |
| akas:  Southwest Plating Company, LLC | | | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared through its representative, Richard Crane, Jr., on this date.

**05    19    2008**

**COUNSEL**   [√] WITH COUNSEL         RICHARD CRANE, JR., RETAINED
                                      (Name of Counsel)

**PLEA**   [√] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**   There being a finding of [√] **GUILTY,** defendant has been convicted as charged of the offense(s) of:
**STORAGE OF HAZARDOUS WASTE WITHOUT A PERMIT; CAUSING AN ACT TO BE DONE, in Violation of Title 42 U.S.C. § 6928(d)(2)(A), 18 U.S.C. § 2(b); as charged in the Single-Count Information.**

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

It is ordered that the defendant shall pay to the United States a special assessment of $400, which is due immediately. It is ordered that the defendant shall pay restitution in the total amount of **$30,324.69** pursuant to 18 U.S.C. § 3663. The amount of restitution shall be paid to the victims as listed in the confidential Presentence Report. Payment of the restitution amount shall be STAYED, pending the appointment by the State Probate Court of an *Executor and/or Administrator* for the estate of Gus Brigantino, who will be authorized to disburse the funds for the payment of such restitution. If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage of payment is specified in this judgment. The defendant shall be held jointly and severally liable with the related defendant Thomas Brigantino (CR 07-247 GHK) for the amount of restitution ordered in this judgment. It is ordered that the defendant shall pay to the United States a total fine of $150,000. Of this amount, $75,000 shall be paid to the United States. The $75,000 balance of the fine shall be suspended, and in lieu shall be paid to the National Fish and Wildlife Foundation ("NFWF"). The funds shall be used by the NFWF for the preservation, restoration, and general protection of marine wildlife, resources, and ecosystems located in the Central District of California. These projects include, but not be limited to, projects designed to protect and restore populations of sea birds, fisheries, wildlife, and marine mammals, in or near the coastal waters and intercoastal waterways of the Central District of California. Monies may also be used for the purchase of communication and defensive equipment and patrol vessels and vehicles; training; response to and clean up of pollution spills or threats of pollution; preservation and or construction of facilities; collection, research, analysis, study, preservation, storage, display, and protection of historical, cultural, natural, and marine and island resources and wildlife; and law enforcement and patrol operations. The fine amount shall be paid in full as soon as the State Probate Court has appointed the necessary *Executor/Administrator* for the *estate* of Gus Brigantino. The defendant shall comply with General Order No. 01-05. Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby placed on: *Probation* for a term of *three (3) years*, under the following terms and conditions:

**1.** The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;
**2.** During the period of community supervision the defendant shall pay the special assessment, restitution, and fine in accordance with this judgment's orders pertaining to such payment;
**3.** The defendant shall notify the Court, through the Probation Office, of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, special assessments, or a fine;
**4.** The defendant shall notify the Probation Officer immediately upon learning of **(a)** any material adverse change in its business or financial condition or prospects, or **(b)** the commencement of any bankruptcy proceedings, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization;

\\ \\

\\ \\

| USA vs. | **SOUTHWEST PLATING CO.** | Docket No.: | **CR 07-246 GHK** |
|---|---|---|---|

**5.** The defendant shall notify the Probation Officer immediately of any intent to sell the organization, change the name of the organization, merge with another business entity, or otherwise dissolve and/or modify, in any form or manner, the organizational structure from its present status;

**6.** The defendant shall operate in full compliance with all federal, state, and local environmental laws. Moreover, defendant shall abide by and follow any lawful orders issued by any local, state, or federal regulatory and enforcement agency having jurisdiction over its business facility;

**7.** The defendant shall be subject to inspection during the period of probation at any time during hours of operation by regulatory and enforcement agencies with appropriate jurisdiction;

**8.** The defendant shall maintain pretreatment equipment satisfying the permit requirements of the Sanitation Districts of Los Angeles County. All wastewater discharged to the public sewer must be in full compliance with effluent limitations;

**9.** The defendant shall allow sampling during the period of probation at any time the facility is conducting business, when it appears that the facility is in operation or when waste water discharge is occurring, by regulatory and enforcement agencies with appropriate jurisdiction, including but not limited to, representatives of the U. S. Environmental Protection Agency, Air Quality Management District, Sanitation Districts of Los Angeles County, the Los Angeles County Fire Department - Hazardous Materials Division, and the California Environmental Protection Agency - Department of Toxic Substance Control;

**10.** The defendant shall assess, contain, treat, remediate, and dispose of any contamination posing a potential threat to human health and/or the environment ("contamination") on and around its premises located at 1344-1348 West Slauson Avenue, and 1341-1345 West 58th Place, Los Angeles, California, to the satisfaction of the United States Environmental Protection Agency, the Sanitation Districts of Los Angeles County, Air Quality Management District, the Los Angeles County Fire Department - Hazardous Materials Division, and the California Environmental Protection Agency - Department of Toxic Substance Control, and any other regulatory and enforcement agencies with appropriate jurisdiction. The geographical scope of the remediation shall include any neighboring properties with contamination caused by the defendant's business activities and/or illegal disposal of hazardous substances, as determined by the appropriate regulatory and enforcement agencies;

**11.** The defendant shall pay all costs associated with the assessment, containment, treatment, remediation, and disposal of contamination on and around its premises, including all costs incurred by the Department of Toxic Substance Control, and any other regulatory and enforcement agencies with appropriate jurisdiction, in overseeing the work required.

Defendant waives right of appeal.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

| 5/27/08 | | |
|---|---|---|
| Date | | GEORGE H. KING, U. S. DISTRICT JUDGE |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

| 5/27/08 | By | / S / |
|---|---|---|
| Filed Date | | Beatrice Herrera, Courtroom Deputy Clerk |

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

☐ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
   Private victims (individual and corporate),
   Providers of compensation to private victims,
   The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____        By _____
Date                    Deputy Marshal

**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____        By _____
Filed Date              Deputy Clerk

**FOR U.S. PROBATION OFFICE USE ONLY**

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____           _____
         Defendant                Date

_____                     _____
U. S. Probation Officer/Designated Witness   Date

**NOTICE PARTY SERVICE LIST**

**Case No.**   CR 07-246 GHK   **Case Title**   U. S. A.  v.  SOUTHWEST PLATING CO.

**Title of Document**   JUDGMENT AND COMMITMENT ORDER

| | | | | |
|---|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | | US Attorneys Office - Criminal Division -S.A. |
| | BAP (Bankruptcy Appellate Panel) | | | US Bankruptcy Court |
| | Beck, Michael J (Clerk, MDL Panel) | | √ | US Marshal Service - Los Angeles (USMLA) |
| √ | BOP (Bureau of Prisons) | | √ | US Marshal Service - Riverside (USMED) |
| | CA St Pub Defender (Calif. State PD) | | √ | US Marshal Service -Santa Ana (USMSA) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | √ | US Probation Office (USPO) |
| | Case Asgmt Admin (Case Assignment Administrator) | | | US Trustee's Office |
| | | | | Warden, San Quentin State Prison, CA |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | | |
| | Chief Deputy Admin | | | *ADD NEW NOTICE PARTY* **(if sending by fax, mailing address must also be provided)** |
| | Chief Deputy Ops | | | Name: |
| | Clerk of Court | | | Firm: |
| | Death Penalty H/C (Law Clerks) | | | Address (*include suite or floor*): |
| | Dep In Chg E Div | | | |
| | Dep In Chg So Div | | | |
| | Federal Public Defender | | | *E-mail: |
| √ | Fiscal Section | | | *Fax No.: |
| | Intake Section, Criminal LA | | | * For CIVIL cases only |
| | Intake Section, Criminal SA | | | *JUDGE / MAGISTRATE JUDGE (list below):* |
| | Intake Supervisor, Civil | | | |
| | Interpreter Section | | | |
| | PIA Clerk - Los Angeles (PIALA) | | | |
| | PIA Clerk - Riverside (PIAED) | | | |
| | PIA Clerk - Santa Ana (PIASA) | | | **Initials of Deputy Clerk    Bea** |
| √ | PSA - Los Angeles (PSALA) | | | |
| | PSA - Riverside (PSAED) | | | |
| | PSA - Santa Ana (PSASA) | | | |
| | Schnack, Randall (CJA Supervising Attorney) | | | |
| | Statistics Clerk | | | |
| | US Attorneys Office - Civil Division -L.A. | | | |
| | US Attorneys Office - Civil Division - S.A. | | | |
| | US Attorneys Office - Criminal Division -L.A. | | | |